IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DOMINICA WYATT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:11cv00432-LO-TRJ |
| TARGET STORES, INC., | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

The parties to the above-styled action, by counsel, represent to the Court that all matters and controversies as set forth in the Plaintiff's Complaint have been compromised and settled. Upon motion of the parties, by counsel, and it appearing just to do so, it is hereby

ORDERED that this case should be, and it is, dismissed with prejudice, with each side to bear her/its own costs and attorneys' fees.

The Clerk is directed to provide a copy of this Order to all counsel of record and this matter is ORDERED stricken from the docket.

Enter this 22 day of August, 2011.

/s/
James C. Cacheris
United States District Judge

U. S. District Court Judge

We ask for this:

**TARGET CORPORATION**

By: _____/s/ Brenna_____
Edward H. Starr, Jr., Esq. (VSB No. 18609)
Brenna K. Newman, Esq. (VSB No. 71319)
Attorneys for Target Corporation
TROUTMAN SANDERS LLP
1001 Haxall Point
Post Office Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1304
Facsimile: (804) 698-5139
ed.starr@troutmansanders.com
brenna.newman@troutmansanders.com

**DOMENICA WYATT**

By: _____/s/ Michael V. Durkin_____
Michael V. Durkin, Esq.
Attorney for Domenica Wyatt
2825 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 370-1211
Facsimile: (703) 370-1243
mvdurkinlaw@verizon.net

2069455v1